IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Ray E. Whittington Jr.  BK NO. 18-05200 HWV
      Debra K. Whittington
               Debtor(s)  Chapter 13

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                            Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
17 Nov 2020, 13:53:32, EST

        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA  19106
        215-627-1322

Document ID: 94280b8f4ea484802534a7ff985a57d9954e7998e264bfe46bfa70b7436d924f