IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: )
)
    Ray E. Whittington (Deceased))    Case No. 18-05200
    Debra K. Whittington, )    Chapter 13
)
        Debtors )

## WITHDRAWAL OF APPEARANCE AND ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

    Please withdraw the appearance of Aaron J. Neuharth, Esquire as counsel for the Debtor, Debra K. Whittington.

Date: 12/16/2021

Aaron J. Neuharth, Esquire
PA ID# 88625
PO Box 359
Chambersburg, PA 17201
(717) 264-2939

    Please enter my appearance as attorney for the Debtor, Debra K. Whittington, in the above-captioned case.

Date: 12/28/21

Hannah Herman-Snyder, Esquire
PA ID# 91537
Counsel for Debtors
PO Box 109
Lemoyne, PA 17043
(717) 761-4540