# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

| | |
|---|---|
| RAY E. WHITTINGTON, JR. | Case No.: 1-18-05200-HWV |
| DEBRA K. WHITTINGTON | Chapter 13 |
| Debtor(s) | |

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | PNC BANK |
| Court Claim Number: | 03 |
| Last Four of Loan Number: | 19 Spruce St - PRE-ARREARS - 2803 |
| Property Address if applicable: | 19 SPRUCE STREET, , MONT ALTO, PA17237 |

**PART 2: CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $143.68 |
| b. | Prepetition arrearages paid by the Trustee: | $143.68 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $143.68 |

**PART 3: POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: May 25, 2022   Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  info@pamd13trustee.com

Creditor Name: PNC BANK
Court Claim Number: 03

```
CLM #    CHECK #      DATE         PRIN PAID      INT PAID      TOTAL DISB

0030     1204875      07/11/2019   $143.68        $0.00         $143.68
```

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:
    RAY E. WHITTINGTON, JR.               Case No.: 1-18-05200-HWV
    DEBRA K. WHITTINGTON                Chapter 13
            Debtor(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 25, 2022, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| HANNAH HERMAN-SNYDER, ESQUIRE<br>PO BOX 109<br>LEMOYNE PA, 17043- | SERVED ELECTRONICALLY |
| PNC BANK<br>3232 NEWMARK DR<br>MIAMISBURG, OH, 45342 | SERVED BY 1ST CLASS MAIL |
| RAY E. WHITTINGTON, JR.<br>DEBRA K. WHITTINGTON<br>19 SPRUCE STREET<br>MONT ALTO, PA 17237 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: May 25, 2022                            /s/   Liz Joyce
                                                          for Jack N. Zaharopoulos
                                                          Standing Chapter 13 Trustee
                                                          Suite A, 8125 Adams Drive
                                                          Hummelstown, PA 17036
                                                          Phone: (717) 566-6097
                                                          Fax: (717) 566-8313
                                                          eMail: info@pamd13trustee.com