United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Ray E. Whittington, Jr.  
Debra K. Whittington  
    Debtors

Case No. 18-05200-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Jan 16, 2024      Form ID: 3180W      Total Noticed: 26

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ray E. Whittington, Jr., Debra K. Whittington, 19 Spruce Street, Mont Alto, PA 17237-9652 |
| aty | | Christine Kinderdine, 3232 Newmark Drive, Springboro, OH 45066 |
| 5140044 | | Discover, PO Box 742655, Cincinnati, OH 45274-2655 |
| 5140055 | | Zale's, PO Box 659819, San Antonio, TX 78265-9119 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Jan 17 2024 00:24:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 5140043 | | EDI: TSYS2 | Jan 17 2024 00:24:00 | Barclay's Wyndham, PO Box 13337, Philadelphia, PA 19101-3337 |
| 5142992 | | EDI: DISCOVER | Jan 17 2024 00:18:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5140045 | | EDI: DISH | Jan 17 2024 00:24:00 | Dish Network, c/o AFNI, PO Box 3097, Bloomington, IL 61702-3097 |
| 5140046 | | EDI: WFNNB.COM | Jan 17 2024 00:24:00 | Legendary Pine MC, PO Box 659569, San Antonio, TX 78265-9569 |
| 5140047 | | EDI: SYNC | Jan 17 2024 00:18:00 | Lowe's, PO Box 530914, Atlanta, GA 30353-0914 |
| 5140048 | | EDI: SYNC | Jan 17 2024 00:18:00 | Old Navy, PO Box 960017, Orlando, FL 32896-0017 |
| 5154161 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 16 2024 19:22:00 | PNC BANK, N.A., Attention: Bankruptcy Department, 3232 NEWMARK DRIVE, MIAMISBURG OH 45342 |
| 5140051 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 16 2024 19:22:00 | PNC Bank, B6-YM07-01-7, PO Box 1820, Dayton, OH 45401-1820 |
| 5475923 | | EDI: PRA.COM | Jan 17 2024 00:24:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5475924 | | EDI: PRA.COM | Jan 17 2024 00:24:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5160349 | | EDI: PRA.COM | Jan 17 2024 00:24:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5140936 | + | EDI: PRA.COM | Jan 17 2024 00:24:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5140049 | + | Email/Text: bankruptcy@patriotfcu.org | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | Jan 16 2024 19:23:00 | Patriot Federal Credit Union, 800 Wayne Avenue, Chambersburg, PA 17201-3810 |
| 5140050 |  | EDI: SYNC | Jan 17 2024 00:18:00 | PayPal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 5161254 |  | EDI: Q3G.COM | Jan 17 2024 00:24:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5161253 |  | EDI: Q3G.COM | Jan 17 2024 00:24:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5164043 | + | Email/Text: bncmail@w-legal.com | Jan 16 2024 19:23:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 5263165 | + | EDI: PRA.COM | Jan 17 2024 00:24:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5141996 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jan 16 2024 19:25:43 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 5140054 |  | Email/Text: bankruptcydept@wyn.com | Jan 16 2024 19:23:00 | Wyndham Consumer Finance, 10750 W. Charleston Blvd., Ste 130, Las Vegas, NV 89135 |
| 5140053 |  | EDI: SYNC | Jan 17 2024 00:18:00 | Walmart, PO Box 530927, Atlanta, GA 30353-0927 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5140052 |  | Sheffield Financial |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5475928 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5475929 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 18, 2024　　　　　　　　Signature:　　　/s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|

| | |
|---|---|
| Brian C Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Hannah Herman-Snyder | on behalf of Debtor 2 Debra K. Whittington hannah@nicklasandsnyder.com shannon@nicklasandsnyder.com |
| Hannah Herman-Snyder | on behalf of Debtor 1 Ray E. Whittington Jr. hannah@nicklasandsnyder.com, shannon@nicklasandsnyder.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mfarrington@kmllawgroup.com |
| Thomas Song | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Ray E. Whittington Jr.<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–3115<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Debra K. Whittington<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–0860<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:18–bk–05200–HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ray E. Whittington Jr.  Debra K. Whittington

**By the court:** *[signature]*

1/16/24

Henry W. Van Eck, Chief Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**